### 9775.   KING v. THE STATE.

BLOODWORTH, J. The grounds of the amended motion for a new trial are without merit, the evidence demanded the verdict, and the motion for new trial was properly overruled.

        *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

        DECIDED OCTOBER 14, 1918.

Indictment for possessing intoxicating liquor; from Whitfield superior court—Judge Tarver. April 10, 1918.

*W. E. Mann, G. G. Glenn, W. C. Martin,* for plaintiff in error. *J. M. Lang, solicitor-general,* contra.